# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-00185-01-CR-W-HFS |
| ANDREW B. NEWMAN, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On October 5, 2021, Defendant Newman appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to Counts One and Two of the Indictment (Doc. 1). Defendant executed a consent to entry of a felony guilty plea before a magistrate judge. Doc. 33. Count One charges Defendant with conspiracy to distribute a controlled substance – methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, and Count Two charges Defendant with distribution of a controlled substance – methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Doc. 1.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offenses to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements of the offense. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE   October 5, 2021                    */s/ W. Brian Gaddy*
                                           W. BRIAN GADDY
                                           UNITED STATES MAGISTRATE JUDGE