IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00185-CR-W-HFS |
| ANDREW B. NEWMAN | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on October 5, 2021, defendant appeared before Magistrate Judge W. Brian Gaddy, pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636, and entered a plea of guilty to Count One of the Indictment for conspiracy to distribute a controlled substance – methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 and to Count Two of the Indictment for distribution of a controlled substance – methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In a Report and Recommendation dated October 6, 2021, Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 35) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

/s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

October 25, 2021
Kansas City, Missouri